UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



CASE NO.

MEP REALTY FUND I, LLC., a
Florida limited liability company,

    Plaintiff,

v.

EDUARDO MARTINEZ, individually, and
ONEIDA SAEZ, individually,

    Defendants.

_____/



## MOTION TO FILE UNDER SEAL

Defendants/Relators, EDUARDO MARTINEZ and ONEIDA SAEZ, by and through undersigned counsel and pursuant to Fed Rule 41, the Federal False Claims Act 21 USC 3729, and 28 USC 1441(a), having removed the federal claim filed under seal to this Court, moves for the sealing of those pleadings pursuant to the requirements of Local Rules for the Southern District of Florida 5.4(b), and in support state:

1. Defendants/Relators filed a Counter-Claim for Damages and Other Relief under the Qui Tam Provisions of the Federal False Claims Act 31 USC §3729 (2009) on September 27, 2024 in the Seventeenth Judicial Circuit in and for Broward County, Florida.

2. Defendants/Relators were granted leave to remove this matter to federal court on October 28, 2024.

3. The provisions of the Federal False Claims Act require that this matter be sealed to allow the Government to investigate the allegations contained therein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically today, October 29, 2024, via the Court's CM/ECF e-filing portal and that copy of the foregoing will be served via electronic notification on all counsel parties of record in the Court's e-filing portal and via U.S. Mail to the U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Room 4400, Washington, DC 20530.

Respectfully submitted,

/s/ Joseph W. Gibson
JOSEPH W. GIBSON, ESQ.
Florida Bar No. 344494

JOSEPH W. GIBSON, P.A.
19 West Flagler Street, Suite 417
Miami, FL 33130
Telephone: 305-377-2525
Email: joseph_gibson@bellsouth.net